# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2013-5103

MORTON LIFTIN, the Estate of,
JOHN LIFTIN, Executor,

Plaintiffs-Appellants,

,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in No. 10-CV-0589, Judge George W. Miller.

Authorized Abbreviated Caption[2]

LIFTIN v US, 2013-5103

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.