## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that a true copy of the **APPEARANCE OF JONATHAN E. STROUSE and CERTIFICATE OF INTEREST** was filed with Clerk of the United States Court of Federal Claims using the CM/ECF System and served this 24th day of June, 2013, via Electronic Mail, upon all counsel of record:

      Paul G. Galindo
      paul.g.galindo@usdoj.gov
      U.S. Department of Justice, Tax Division
      Court of Federal Claims Section
      P.O. Box 26
      Ben Franklin Station
      Washington, D.C. 20044

      /s/ Jonathan E. Strouse
      Jonathan E. Strouse

#23747913_v1